

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00456-CV

Monica Yvette **VARGAS,**
Appellant

v.

Jimmy Edward **ESTRADA,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2006EM500512
Honorable Renée Yanta, Judge Presiding

# O R D E R

Appellant's motion to extend time to file notice of appeal is hereby granted. The filing fee is due August 7, 2017. The Clerk's and reporter's records are due August 28, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk